UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| LINC OSHEA BROOKS, APRIL GLADNEY BROOKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>J. D. DOUGHTIE, as Dare County Sheriff )<br>and as an Individual, WALTER KEVIN )<br>DUPREY, as Deputy Sheriff and as an )<br>Individual, THE OHIO CASUALTY )<br>INSURANCE COMPANY, LIBERTY )<br>MUTUAL INSURANCE GROUP INC., )<br>JOHN DOE I SURETY COMPANY, as )<br>Surety, JOHN DOE 2 SURETY COMPANY, )<br>as Surety, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:15-CV-23-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 36]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

IT IS FURTHER ORDERED that the PARTIES jointly Stipulated to the voluntary dismissal of the Defendants Liberty Mutual Group, Inc., and John Doe 1 Surety Company and John Doe 2 Surety Company, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on September 14, 2015.

**This Judgment Filed and Entered on August 31, 2017, and Copies To:**

| | |
|---|---|
| Alvin L. Pittman | (via CM/ECF electronic notification) |
| Christopher J. Geis | (via CM/ECF electronic notification) |
| Sonny S. Haynes | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| August 31, 2017 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |